UNITED STATES DISTRICT JUDGE
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **KAREEM ABDUL JOHNSON** | **CIVIL ACTION NO. 22-4568-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **N. DAVIS, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 19], and after an independent review of the record, including written objections filed by Plaintiff [Record Documents 21, 23], and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met. **IT IS FURTHER ORDERED** that Plaintiff's motion to show cause for a preliminary injunction and a temporary restraining order [Record Document 17] and his motion for default judgment [Record Document 18] be **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 13th day of January 2023.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE